with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to reverse.

THE POUGHKEEPSIE SAVINGS BANK, Respondent, v. CONCOURSE MANSION CORPORATION, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

RAYMOND C. ADRIAN, Appellant, v. CLARA J. ADRIAN, Respondent, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of FRANK C. WEIL, Respondent, v. EVERTON POINDEXTER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

HENRY WEISGERBER, Respondent, v. CHARLES ANCONA, Defendant, Impleaded with J. KANE GROCERY Co., INC., Appellant.— Judgment unanimously reversed, and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $2,674.45; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

CLARENCE HORWITZ, as Trustee under a Declaration of Trust for the Benefit of Holders of Investments in a Mortgage Guaranteed by BOND AND MORTGAGE GUARANTEE COMPANY, and Designated as Guarantee No. 212,564, Dated June 28th, 1937, Pursuant to the Terms of a Final Order of the Supreme Court of the State of New York, County of New York, Dated June 17th, 1937, and Entered June 19th, 1937, in a Proceeding Entitled " In the Matter of a Plan of Readjustment, etc., of the Rights of the Holders of Investments in a Certain Mortgage Covering Premises Known as 301 to 327 East 68th Street, Borough of Manhattan, County, City and State of New York, Guaranteed by BOND AND MORTGAGE GUARANTEE COMPANY and Designated as Guarantee No. 212,564," Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

LOUISE E. COURTOIS, Respondent, v. PERSONAL FINANCE COMPANY OF NEW YORK, a Domestic Corporation, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

OLGA VALLONE, Appellant, v. BRONX BORO HOLDING CORPORATION, Respondent. — Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.; O'Malley and Callahan, JJ., dissent and vote to reverse and grant a new trial on the ground that there was sufficient evidence of constructive, if not actual, notice.

WOLFE B. FEIGENBAUM, Individually and as a Stockholder of FOLKLAND APARTMENTS, INC., for and on Behalf of Himself and All Stockholders of the Said FOLK-